**Mirna Catalina Bautista PALACIOS, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–73545.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 19, 2010.

Noam Mendelson, Mendelson & Associates, Daly City, CA, for Petitioner.

John C. Cunningham, Esquire, Mary Jane Candaux, Assistant Director, Michael C. Heyse, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Mirna Catalina Bautista Palacios, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen to apply for adjustment of status. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir.2005), we deny the petition for review.

The BIA did not abuse its discretion in denying Bautista Palacios' motion to reopen because an immigrant visa was not immediately available to her. *See* 8 U.S.C. § 1255(a) (stating that "an immigrant visa [must be] immediately available to the alien at the time the application [for adjustment of status] is filed").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.